## DICKSON et al. v. MARYLAND CASUALTY CO.

No. 8836.

Circuit Court of Appeals, Fifth Circuit.

March 2, 1939.

---◇---

Isaac Abramson, of Shreveport, La., for appellants.

Percy N. Browne and E. Wayles Browne, both of Shreveport, La., for appellee.

Before SIBLEY, HUTCHESON, and HOLMES, Circuit Judges.

PER CURIAM.

No counsel appearing for appellants when the case was called for oral argument, and no brief having been filed on their behalf as required by the rules of this court, it is ordered that the appeal in the above entitled and numbered cause be, and the same is hereby, dismissed for Want of Prosecution.